Robert **COOPER**, Plaintiff—Appellant,

v.

Dwight **JOHNSON; Reddick Lane; Eric Jefferson; Timothy Bullock; Ashley Riley; Ali Crosland; Ronald Orange; Lehrman W. Dotson; Cherelle Reddick-Lane, Doctor; Barbara Pendleton; Yemisi Adesomo; Lieutenant Pittman, 3x11 Female MCAC; D. Alexander, C.O., 3x11 Male MCAC,** Defendants—Appellees.

No. 07–6133.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2007.

Decided: Sept. 6, 2007.

Robert Cooper, Appellant Pro Se. Stephanie Judith Lane Weber, Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland; Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cooper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. Johnson*, Nos. 1:06–cv–00287–AMD; 1:06–cv–00807–AMD (D. Md. filed Jan. 19, 2007; entered Jan. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*